November 11, 2015

Texas Court of Criminal Appeals
C/o Able Acosta, Clerk
Capital Station
P.O. Box 12308
Austin Tx. 78711-2308

Re: Pink v. STATE; Court of Appeals Nos: 05-14-00877, 78, 79, 80CR
Tx. Court Cr. App. Nos: PD-0776, 77, 78, 79-15

Dear clerk,

My name is Reginald Pink. I filed a petition for Discretionary Review with court in August 2015 and recieved notification on 10/28/15 that this court refused my petition for Discretionary Review.

Petitioner, humbly request I be sent at your earliest convience a copy of the P.D.R I submitted for this courts review and any other attachments. Also, Petitioner Pink sent to be filed, in September, a motion to supplement the P.D.R. with copies of all Pro Se motions that had been filed with the 5th Court of Appeals. Please send me a copy of that motion that was NOT ruled on by this court for some reason and ALL the attached Pro Se motions to the address listed below -

Very Truely Yours

Reginald Pink Pro Se
TDCJ #1938997 McConnell Unit
3001 South Emily Drive
Beeville Tx 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 17 2015

Abel Acosta, Clerk